ACCEPTED
04-15-00010-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/7/2015 3:36:10 PM
KEITH HOTTLE
CLERK

# THE LAW OFFICE OF HILDA GONZALEZ GARZA, P.L.L.C.
## 205 EAST 5TH ST.
## RIO GRANDE CITY, TEXAS 78582
### TEL: (956) 263-1870
### FAX: (956) 263-1871
### hilda_garza.lawoffice@aol.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

07/07/15 3:36:10 PM

KEITH E. HOTTLE
Clerk

July 07, 2015

Honorable Justice Rebecca C. Martinez                    *Via Electronic Filing*
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

**RE:    Cause No. CC-14-89; In the Marriage of Pedro Marquez and Lisa A. Watkins; In County at Law of Starr County, Texas**

**RE: Court of Appeals Number 04-15-00010-CV; In the Matter of the Marriage of Pedro Marquez, Jr. and Lisa A. Watkins; In the Fourth Court of Appeals, San Antonio, Texas**

Honorable Justice Rebecca C. Martinez:

Please be informed that as of today, Tuesday, July 7, 2015, Ms. Gay Richey has not provided me with an itemized invoice for the Official Transcript of the hearing on the Bill of Review for the above-mentioned matter.  Ms. Richey received a payment of $906.00 on June 2, 2015.  On June 9, 2015 this Court ordered Ms. Richey to provide an invoice by June 15, 2015.  That has not occurred.  I would humbly like ask this Court to enforce that Order.

Should the Court have any other questions or concerns, please do not hesitate in contacting me.

Sincerely,

/s/ Hilda Gonzalez Garza
Hilda Gonzalez Garza
Attorney at Law

mss/hgg